E-FILED
Friday, 06 March, 2020 02:26:49 PM
Clerk, U.S. District Court, ILCD

## PRISONER CIVIL RIGHTS COMPLAINT

<u>Plaintiff's Information</u>

MARK SCOTT   K68188

PONTIAC CORRECTIONAL CENTER

P.O. BOX 99

PONTIAC, IL 61764

SCANNED AT STATEVILLE CC and E-mailed
03/06/20 by mc  16 pages
date   initials   No.

Are there additional plaintiffs? : NO

---

<u>Defendant's Information</u>

SUSAN PRENTICE                    MAJOR

700 WEST LINCOLN

PONTIAC, IL  61764

Are you suing this defendant in his/her : Personal Capacity
Are you suing more than one defendant : Yes (listed on additional pages)

---

### I. PREVIOUS LAWSUITS

16-1145-CSB

U.S. District Court - Central District

Scott v. Godinez, et al.

Jury Trial, ruled in defendant's favor

19-cv-01143-CSB

U.S. District Court - Central District

Scott v. Baldwin et al.

Pending

## II. STATEMENT OF FACTS

1. Between 8/20/2017 - 8/22/2017, I was denied 6 meals by C/O Eric M. Greenland, C/O Brandon M. Wittig, John Doe C/O #1 (7-3 shift), John Doe C/O #2 (3-11 shift) and John Doe C/O #3 (3-11 shift), assigned to 8 gallery.

2. Between 8/20/2017 - 8/22/2017, I was written 3 disciplinary reports by C/O Eric M. Greenland, C/O Brandon M. Wittig. and

3. I was written the disciplinary reports and denied the meals because Major Susan Prentice without approval or notice ordered the C/O's to tell the inmates on 6 & 8 galleries in the North Cellhouse to sit on the bunk at the rear of their cell in order to receive their trays and if they don't comply, they are to refuse deny us the meal and write a disciplinary report.

4. I filed emergency grievances and wrote the Warden Michael P. Melvin informing him of what was taking place and asking for the memo for this policy.

5. On 8/30/2017, I attended the Adjustment Committee for the 3 disciplinary reports.

6. On 9/8/2017, Major Hobart walked 6 & 8 galleries and stopped at my cell and told me per Warden Melvin that feeding policy doesn't apply to 6 & 8 galleries, and that Major Prentice has been made aware.

7. On 9/11/2017, the disciplinary reports were expunged.

8. On 9/11/2017, at apprx. 11:40 a.m., C/O Reed and C/O Harvey arrived at my cell (N-802) to feed lunch trays. C/O Reed told me "sit on the bed", I told him I would step away from the door (which I did), C/O Reed told me again "sit on the bed", I then explained to him that Major Hobart said Warden Melvin made it clear that the feeding policy did not apply to 6 & 8 gallery, C/O Reed then stated "Well, Major Prentice just told me to tell you to sit on the bed". C/O Reed left my cell without giving me a tray, I then asked C/O Harvey for the tray and he denied me. C/O Reed and C/O Harvey ordered no other inmates to "sit on bed".

9. I was written a disciplinary report by c/o Harvey for disobeying a direct order.

10. At apprx. 3 p.m., inmates that were upset that I was singled out began flooding their cells and the gallery, soon after, all the cellhouse staff came directly to my cell, and though there was no water in my cell, they began threatening me and my property.

11. c/o Davis threatened "wait til I get you on 1 gallery, y'all have had it sweet up here, you haven't seen a 1 gallery officer yet, you really won't get trays down there." c/o Harvey stood in front of the cell and began kickin water into the cell onto me, attempting to get me to respond in kind. c/o Vinson and c/o Forley said "Prentice sent us to get you out this cell, you cuff up - we're fucking you up, you don't cuff up - we're coming in there to fuck you up," they then started mocking "I'm not resisting - I'm not resisting" (both are members of the tactical team). Sgt. Fike asked me "did you do this?" I told him "no" and showed him the dry area in cell, he then left and restored everyone's water and except mines.

12. Sgt. Fike wrote me a disciplinary report stating that I told him I flooded the gallery.

13. At apprx. 4:45 p.m., John/Jane Doe members of the Tactical Team arrived at my cell. A John or Jane Doe member of the tactical team sprayed me twice with o.c. spray, the entire team then rushed into the cell and used the shield to push me to the floor at the rear of cell.

14. John/Jane Doe tactical team members began to kick and punch me in the head and body while yelling "stop resisting", I never resisted and surrendered my hands as soon as I was on the floor.

15. A John/Jane Doe tactical team member grabbed my head and was ramming it to the floor causing my front tooth to chip and crack.

16.   A John/Jane Doe member of the tactical team grabbed my ankle and started twisting it until I felt it crack, causing excruciating pain.

17.   A John/Jane Doe member of the tactical team grabbed the back of my neck, pressing my head onto the floor and sprayed my entire head with o.c. spray.

18.   A John/Jane Doe member of the tactical team grabbed my foot, removed my shoe and hit me on the bottom of the foot with a stick like object creating a deep bruise on the bottom of my foot.

19.   Throughout this ordeal, the tactical team had full control of my arms and legs, I was yelling "I'm not resisting", but they continued to beat me as c/o Vinson and c/o Farley promised.

20.   After handcuffs and leg shackles were placed on me, I was half-dragged down the gallery and 4 flights of stairs, with members of the tactical team purposefully stepping on the leg shackles, causing them to cut into my ankles.

21.   I was placed outside on my knees where RN Jade Drilling put a drop of solution into each eye. RN Drilling asked me if I had any injuries, I told her "my tooth is chipped, I think my ankle is broken and I can't walk on the bottom of my foot," she told me to put in for dental and sick call, then left.

22.   I was then stripped of all my clothing, only the jumpsuit was placed back on me, and it was only tied around my waist. I was escorted to Cell N-117.

23.   Cell N-117 had no working water in the sink or toilet, so I couldn't get relief from the o.c. spray, I was forced to use dirty toilet water on my face. There was no mattress in the cell. Feces was smeared on the walls and bunk. There was an infestation of water bugs coming out a huge hole behind the toilet and remnants of of food covered all parts of the cell. I slept on a very cold floor in a wet jumpsuit covered in o.c. spray.

24.   As soon as I realized there was no water in the cell and the condition of the cell, I asked c/o Shelton (assigned to 1 gallery on 3-11 shift) every ½ hour

for cleaning supplies and water, he ignored me each time.

35. On 9/12/2017, during "count time" (apprx. 7 a.m.), c/o Davis came to the cell and began laughing, he then came back to the cell and stated "I got your property".

36. At apprx. 8 a.m., MHP Molinero came to the cell with c/o Davis escorting her, she asked about my mental and physical health, I told her about my physical injuries and she said she would put me in for dental and sick call since I had no property. I told her that I had no mattress and the conditions of the cell and jumpsuit, she looked at c/o Davis and he said to her "we'll get him a mattress and jumpsuit" - this did not happen.

37. Throughout the 7-3 shift on 9/12 and 9/13, I asked and begged c/o Sellers (assigned to 1 gallery on 7-3 shift) for water, a mattress and cleaning supplies, each time he told me "not for 72 hours".

38. Throughout the 3-11 shift on 9/12 and 9/13, I asked John Doe c/o #4 and John Doe c/o #5 for water, a mattress and cleaning supplies, they would say "let me ask the sgt." or "I'll look into it," but no water, mattress, jumpsuit or cleaning supplies were ever provided.

39. On 9/14/2017, Internal Affairs Officers Bufford and Cox called me into the Lieutenant's Office for an interview and to take photos of my tooth. They confirmed that Major Prentice was informed in a meeting with Warden Melvin that the feeding policy did not apply to inmates on 6 & 8 gallery. I informed them that I had no water, mattress, underclothes or cosmetics.

30. I was taken directly from the interview to the dentist who shaved down my tooth, but said the crack couldn't be fixed and he couldn't give me a cap because that's cosmetic. The crack remains in my tooth.

31. When I returned to the cell from the dentist, I was given a mattress, the water was restored and I was given some cosmetics, but was told my

property was missing. I went 72 hours covered in O.C. Spray with no water to clean or drink, no mattress to sleep on and only a jumpsuit covered in O.C. spray to wear. I had to remain on the floor at all times to avoid contact with the feces that covered the walls and bunk.

32. On 9/16/2017, I went to the healthcare unit for a hunger strike check-up, RN Jade Drilling advised me on the hunger strike; I told her that I was extracted on 9/11/2017, and told her I had a deep bruise on the bottom of my foot, that my ankle hurt badly and there was deep cuts on my ankles, she said "yeah, I put solution in your eyes - did you put in for sick call?" I told her that I have no property to write in for sick call, she replied "We're here for your hunger strike" and wouldn't address or document my injuries.

33. On 9/17/2017, I showed Sgt. Fike the feces throughout the cell and asked him for cleaning supplies and my property, so that I could clean the cell, he said he would try to find my property, but never returned.

34. On 9/18/2017, upon returning from the healthcare unit I saw Sgt. Fike and begged for my property and cleaning supplies, he instantly told a c/o to "go in office and get his property box", then I was placed in cell with full property.

35. I remained in the feces covered cell for a week with no cleaning supplies or utensils to clean it. I then had to use my soap and towel to clean the feces with no protective gloves.

### III. RELIEF

A. Issue an injunction ordering John/Jane Doe members of the tactical team and John Doe Dentist to:

1. Immediately arrange for a cap or permanent fix to the crack in my tooth.

B. Award compensatory damages jointly and severally against:

1. Defendants John/Jane Doe Tactical Team members for the physical and emotional injuries sustained as a result of the plaintiff's beating.

2. Defendants Prentice, Greenland, Wittig, Reed, Harvey, Shelton, Sellers, Fike ~~and~~, John Doe C/o's #1-5 and John/Jane Doe Tactical Team members for the physical and emotional injuries resulting from Conditions of Confinement (denial of meals and cell conditions).

3. Defendants Drilling and John Doe Dentist for the physical and emotional injury resulting from their failure to provide adequate medical care to plaintiff.

C. Award punitive damages ~~amounts~~ in the following amounts:

1. $20,000 each against John/Jane Doe Tactical Team members.

2. $10,000 each against ~~D~~efendants Prentice, Greenland, Wittig, Reed, Harvey, Shelton, Sellers, Fike, John Doe C/o's #1-5.

3. $20,000 each against defendants Drilling and John Doe Dentist.

D. Grant such other relief as it may appear that plaintiff is entitled.

January 27, 2020
Respectfully Submitted,

*Mark Scott*

Mark Scott  #K65188
P.O. Box 99
Pontiac, IL 61764

### VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Pontiac C.C. on 1/27/20

*Mark Scott*

Page 7 of 10      Mark Scott

## Additional Defendants

John / Jane Doe Tactical Team members     Tactical Team
700 West Lincoln
Pontiac, IL 61764
Are you suing these defendants in their: Personal Capacity


Eric M. Greenland     Correctional Officer
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity


Brandon M. Wittig     Correctional Officer
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity


Reed     Correctional Officer (7-3 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity


Harvey, Donald A     Correctional Officer (7-3 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

Fike, James R                                    Sergant (7-3 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

Shelton                                          Correctional Officer (3-11 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

Sellers                                          Correctional Officer (7-3 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

John Doe #1                                      Correctional Officer (7-3 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

John Doe #2                                      Correctional Officer (3-11 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

John Doe #3                                 Correctional Officer (3-11 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

John Doe #4                                 Correctional Officer (3-11 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

John Doe #5                                 Correctional Officer (3-11 shift)
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal Capacity

Jade Drilling                               Registered Nurse
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal and Official Capacities

John Doe #6                                 Dentist
700 West Lincoln
Pontiac, IL 61764
Are you suing this defendant in his/her: Personal and Official Capacities