IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARK SCOTT, K68188
    Plaintiff,

vs.                                    Case No. 20-1088-CSB

SUSAN PRENTICE, et al.,
    Defendants.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Mark Scott, pursuant to Rule 15(a), Fed.R.Civ.P., requests leave to file an amended complaint adding parties and an issue.

1. The plaintiff in his original complaint named John Doe defendants.

2. Since the filing of the complaint, the plaintiff has determined the names of the John Doe defendants. In the Proposed Amended Complaint, paragraphs 1, 13 and 30 of the Statement of Facts, and paragraphs B.1, B.2, B.3, B.4 and B.5 of the Relief Requested, are amended to reflect the identity and the actions of these defendants.

3. This Court should grant leave freely to amend a complaint. Forman v. Davis, 371, 178, 182, 83 S.Ct. 227 (1962), Williams v. Cargill, Inc., 159 F.Supp.2d 984, 997-98 (S.D. Ohio 2001).

June 28, 2021
Respectfully Submitted,

Mark Scott
Mark Scott #K68188
P.O. Box 112
Joliet, IL 60434